Form NPD (02/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Arthur Alan Hyde**<br>2969 W Monroe Rd<br>Hart, MI 49420-8613<br>SSN: xxx-xx-8660<br>**Beth Ann Hyde**<br>2969 W Monroe Rd<br>Hart, MI 49420-8613<br>SSN: xxx-xx-4560<br><br>**Debtors** | **Case Number 17-01757-jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). Please file your Proof of Claim electronically (a login & password is not required) by visiting: www.miwb.uscourts.gov. Select Filing Proofs of Claim located under Information for Creditors. A Proof of Claim form can be obtained at the same website or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

U.S. Bankruptcy Court
 One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
November 13, 2017

*Daniel M. McDermott*
United States Trustee

By: *Matthew W. Cheney*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

FORM EPOC (09/13)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**DANIEL M. LAVILLE**
**Clerk of Court**
(616) 456–2693 Tel.



---

**eLECTRONIC PROOF OF CLAIM FILING SYSTEM (ePOC)**

**Save Time & Money with ePOC!!!!**

---

 ePOC enables creditors without a CM/ECF login/password to electronically file proofs of claims; thereby eliminating the need to complete the paper copy of the Proof of Claim form and mailing it to the Court for filing.

 ePOC allows creditors to:

 – Populate and electronically file Official Form B410 with the Court

 – Attach optional supporting documentation in pdf format to the proof of claim

 – Receive immediate verification of the filing

 – Electronically file amended proofs of claim

 To file your claim using ePOC, please go to the Court's website at: www.miwb.uscourts.gov

 Once you access the website, click on the Electronic Proof of Claims link located under **Information for Creditors**

*Penalty for filing fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.**

---

[1] *Aliases for Debtor Arthur Alan Hyde : aka Art Hyde*