# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-01757 BG  
**Case Name:** HYDE, ARTHUR ALAN  
HYDE, BETH ANN  
**Period Ending:** 12/31/17

**Trustee:** (420110) THOMAS A. BRUINSMA  
**Filed (f) or Converted (c):** 04/07/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:** 02/13/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2969 W. MONROE RD, HART, MI 49420 (See Footnote) | 110,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2001 BUICK LESABRE | 454.00 | 0.00 | | 0.00 | FA |
| 3 | 2008 CHEVROLET MALIBU | 2,104.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,105.00 | 0.00 | | 0.00 | FA |
| 5 | ELECTRONICS | 707.00 | 0.00 | | 0.00 | FA |
| 6 | ANTIQUES AND FIGURINES | 576.75 | 0.00 | | 0.00 | FA |
| 7 | EXERCISE, AND OTHER HOBBY EQUIPMENT | 190.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHES | 800.00 | 0.00 | | 0.00 | FA |
| 9 | JEWELRY | 660.00 | 0.00 | | 0.00 | FA |
| 10 | 1 CORGI DOG | 100.00 | 0.00 | | 0.00 | FA |
| 11 | HEARING AIDES, C-PAP MACHINE | 280.00 | 0.00 | | 0.00 | FA |
| 12 | CASH | 629.00 | 0.00 | | 0.00 | FA |
| 13 | PNC BANK VIRUAL WALLET | 367.53 | 0.00 | | 0.00 | FA |
| 14 | FAMILY FINANCIAL CREDIT UNION KASASA CASH SHARE | 2,561.34 | 0.00 | | 0.00 | FA |
| 15 | FAMILY FINANCIAL CREDIT UNION PRIMARY SAVINGS | 20.00 | 0.00 | | 0.00 | FA |
| 16 | PTERSON FARM, INC. - FLEX ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 17 | PNC BANK VIRTUAL WALLET | 0.00 | 0.00 | | 0.00 | FA |
| 18 | PNC BANK VIRTUAL WALLET GROWTH | 0.00 | 0.00 | | 0.00 | FA |
| 19 | PETERSON FARMS, INC. 401(K) | 40,778.31 | 0.00 | | 0.00 | FA |
| 20 | 2017 ANTICIPATED TAX REFUNDS | 677.00 | 0.00 | | 0.00 | FA |
| 21 | SOCIAL SECURITY BENEFITS DUE BUT NOT YET PAID | 1,300.00 | 0.00 | | 0.00 | FA |
| 22 | UNPAID WAGES, SICK PAY, VACATION DUE/NOT PAID | 1,804.00 | 0.00 | | 0.00 | FA |
| 23 | VA BENEFITS DUE BUT NOT YET PAID | 215.00 | 0.00 | | 0.00 | FA |
| 24 | GENWORTH LIFE AND ANNUITY INSURANCE | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-01757 BG  
**Case Name:** HYDE, ARTHUR ALAN  
              HYDE, BETH ANN  
**Period Ending:** 12/31/17

**Trustee:** (420110) THOMAS A. BRUINSMA  
**Filed (f) or Converted (c):** 04/07/17 (f)  
**§341(a) Meeting Date:** 05/16/17  
**Claims Bar Date:** 02/13/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | /BETH HYDE | | | | | |
| 25 | PETERSON FARMS, INC. LIFE INSURANCE/ARTHUR HYDE | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VHA HEALTHCARE | 0.00 | 0.00 | | 0.00 | FA |
| 27 | MEDICARE SPONSORED HEALTH INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 28 | MEDICARE SPONSORED HEALTH INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 29 | PRIORITY HEALTH - MEDICARE ADVANTAGE | 0.00 | 0.00 | | 0.00 | FA |
| 30 | AUTO OWNERS INSURANCE COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 31 | INHERITANCE (POST FILING) (u) (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 31 | **Assets   Totals** (Excluding unknown values) | **$166,328.93** | **$1.00** | | **$0.00** | **$1.00** |

RE PROP# 1    SECURED - PENNYMAC LOAN SERVICES.  
RE PROP# 31    1/18 PAYMENT ON (WF) DEBTOR INHERITANCE. 11/17 TO BE DETERMINED.

**Major Activities Affecting Case Closing:**

    1/18 PAYMENT ON (WF) DEBTOR INHERITANCE. 11/17 NOTICE OF POSSIBLE DIVIDENDS. TRUSTEE (RE)APPOINTED. ATTORNEY - H. NELSON. 10/17 REOPEN ORDER ON OUST MOTION - POST FILING INHERITANCE. 8/17 FINAL DECREE ON PRIOR NO ASSET ESTATE.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2018    **Current Projected Date Of Final Report (TFR):**    December 15, 2018