# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

---

In Re:

ARTHUR ALAN HYDE and
BETH ANN HYDE,

        Debtors.

Case No. 17-01757-jwb

Chapter 7

Case Filed: 04/07/2017
Hon. James W. Boyd

---

## ORDER GRANTING OBJECTION TO
## CLAIM OF
## CAVALRY SPV I, LLC – ASSIGNEE OF CAPITAL ONE, N.A.
## (CLAIM NO. 6)

**PRESENT:** HONORABLE JAMES W. BOYD
U.S. BANKRUPTCY JUDGE

The Trustee's Objection to Claim having come before the Court, and no party having opposed the Trustee's Objection, or all such oppositions having been withdrawn or overruled, and the Court being otherwise fully advised in the premises,

**NOW, THEREFORE, IT IS ORDERED** that the Claim filed by Cavalry SPV I, LLC – Assignee of Capital One, N.A. (Claim No. 6) shall be, and hereby is, disallowed, only to the extent that it seeks recovery from the estate of Beth Ann Hyde.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated April 5, 2018**



James W. Boyd
United States Bankruptcy Judge